UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

PHUOC NGUYEN,

        Defendant.

NO. CR. S-03-0097 FCD

ORDER

----oo0oo----

On July 15, 2009, this court received defendant's request to travel to China.

After review of the request and the Probation Officer's response, the court hereby DENIES the defendant's request.

IT IS SO ORDERED.

DATED: August 5, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1